[No. 53606-1-I.   Division One.   July 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD HICKS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-00394-6, Anthony P. Wartnik, J., entered
January 12, 2004. *Affirmed* by unpublished opinion per
Cox, C.J., concurred in by Baker and Agid, JJ.

[No. 53861-6-I.   Division One.   July 18, 2005.]

*In the Matter of the Marriage of* BITA DONBOLI, *Respondent*,
NADER DONBOLI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-3-02570-0, John P. Erlick, J., entered Janu-
ary 29, 2004. *Affirmed* by unpublished opinion per Ap-
pelwick, J., concurred in by Cox, C.J., and Kennedy, J.

[No. 53905-1-I.   Division One.   July 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BURNIS HERRING,
JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-1-08028-1, Robert H. Alsdorf, J., entered
March 1, 2004. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.

[No. 53929-9-I.   Division One.   July 18, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD JAMES
MANLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-10128-0, Richard McDermott, J., entered
March 15, 2005. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Cox, C.J., and Kennedy, J.